

# THE THIRTEENTH COURT OF APPEALS

13-21-00085-CV

Speedy Car Wash, Inc. and Carlos A. Guerra, Guarantor
v.
Gerald Sher, Susan Sher, Specialty Cuisine, Inc. d/b/a Isle Wash and Andrew Sher, Trustee

On Appeal from the
103rd District Court of Cameron County, Texas
Trial Court Cause No. 2019-DCL-06997-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

May 11, 2023